IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

CALVIN BERNARD BROOKS,              )
                                    )
    Petitioner,                     )
v.                                  )   CASE NO. 2:06-cv-432-MEF
                                    )
GWENDOLYN MOSLEY, *et al.*,         )              (WO)
                                    )
    Respondents.                    )

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #4) filed on May 26, 2006 are OVERRULED;

(2) The Recommendation of the United States Magistrate Judge entered on May 19, 2006 (Doc. #3) is ADOPTED;

(3) Petitioner's petition for federal habeas corpus relief is DISMISSED without prejudice to his right to file the appropriate civil rights action with regard to the matters challenged in the instant petition.

DONE this 30th day of May, 2006.

                                            /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE