IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| CALVIN BERNARD BROOKS, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:06-cv-432-MEF |
| | ) |
| GWENDOLYN MOSLEY, *et al.*, | )          (WO) |
| | ) |
| Respondents. | ) |

## **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed without prejudice.

DONE this 30th day of May, 2006.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE